$_____ FILED

JAN 24 2017

COLVIN ROBERSON
CADDO DEPUTY CLERK OF COURT

| | | |
|---|---|---|
| TAMERICK GILYARD | : | NUMBER: 598128 . C |
| VERSUS | : | 1st JUDICIAL DISTRICT COURT |
| CHIPOTLE MEXICAN GRILL, INC. | : | CADDO PARISH, LOUISIANA |
| PERMANENT ASSIGNMENT | : | SECTION: _____ |

### PETITION FOR DAMAGES

The petition of TAMERICK GILYARD (hereinafter sometimes referred to as Plaintiff), a person of lawful age and domiciled in Caddo Parish, Louisiana, respectfully represents that:

1.

The defendants enumerated below are justly and truly indebted unto TAMERICK GILYARD for a reasonable sum of dollars, together with legal interest from date of judicial demand until paid and for all costs of these proceedings:

A.  **CHIPOTLE MEXICAN GRILL, INC.** (hereinafter referred to as "Chipotle"), a restaurant authorized to do and doing business in Louisiana, who may be served through its registered agent for service of process, National Registered Agents, Inc., 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

2.

The incident sued upon herein occurred within the jurisdictional limits of Caddo Parish, Louisiana. Thus, venue is proper under La. Code Civ. P. art 42(1) and La. Code Civ. P. art 74.

3.

In late January and early February of 2016, Plaintiff regularly ate at CHIPOTLE MEXICAN GRILL, INC., located at 7030 Youree Drive, Shreveport, Caddo Parish, Louisiana.

4.

As a result, TAMERICK GILYARD began vomiting, had complaints of stomach pain, indigestion, and had bleeding from his rectum.

5.

On February 12, 2016, Petitioner, TAMERICK GILYARD went to the Total Care Medical Clinic, located at 2328 Line Avenue, Shreveport, Louisiana 71104, for his above described symptoms.

6.

On February 22, 2016, Clinical Pathology Labs reported a Positive finding of *Helicobacter Pylori* ("*H. Pylori*"), on Petitioner's lab results.

7.

*H. Pylori* is caused from contaminated food, water, and/or utensils.

8.

Petitioner TAMERICK GILYARD was given a fourteen (14) day course of multidrug therapy for the *H. Pylori* infection, and told to follow up with the gastroenterologist following the medication regimen, if the symptoms have not fully subsided.

9.

On March 7, 2016, Petitioner was referred to a gastroenterologist for nausea and projectile vomiting and bloody stool, following the *H. Pylori* medication regimen.

10.

On March 14, 2016, TAMERICK GILYARD underwent an upper GI Endoscopy and biopsy, which confirmed the immunohistochemical stain for *Helicobacter Pylori* as positive. Petitioner will always test positive for *H. Pylori*.

11.

Having the *H. Pylori* infection places a patient at risk for stomach cancer.

12.

The incident which is alleged herein was caused solely by the fault and negligence of, and is the liability of, defendant CHIPOTLE MEXICAN GRILL, INC., in the following non-exclusive particulars:

    A. Failing to exercise reasonable care in storing, making, and/or distributing the food;

    B. Failing to maintain a safe environment by making and/or serving defective and unreasonably dangerous food;

    C. Breaching the implied warranty of merchantability; and

    D. Any other acts and/or omissions of fault and/or negligence to be discovered.

13.

Defendant's actions and/or omissions caused Plaintiff's injuries and Defendant is liable for all of Plaintiff's damages that he sustained.

14.

As a result of the fault and negligence of Defendant, Plaintiff sustained general and special damages, including but not limited to the following:

- A. Past medical expenses;
- B. Future medical expenses;
- C. Past lost wages;
- D. Future lost wages and/or earning capacity;
- E. Past and future physical and mental pain and suffering; and
- F. Loss of enjoyment of life.

15.

The Plaintiff avers that it will be necessary to employ experts herein, including, but not limited to, medical experts and/or incident re-constructionists, and/or economists to testify at the trial of this matter and as such a result, the expert witness fees should be taxed as costs and defendant should be condemned to pay same along with all other costs.

**WHEREFORE, PLAINTIFF, TAMERICK GILYARD, PRAYS** that the Defendant, CHIPOTLE MEXICAN GRILL, INC., be served with a copy of this petition and cited to appear and answer same and after all legal delays and due proceedings had, that there be judgment in favor of your Petitioner, TAMERICK GILYARD, and against the Defendant, CHIPOTLE MEXICAN GRILL, INC., for a reasonable sum of dollars together with legal interest from the date of judicial demand until paid, along with all costs of these proceedings including expert witness fees.

**PLAINTIFF FURTHER PRAYS** for any other and further legal and equitable relief as the Court deems necessary and proper.

Respectfully Submitted,

LAW OFFICES OF J. DHU THOMPSON
(A Professional Law Corporation)

BY: _____
J. Dhu Thompson
La. Bar Roll # 27308
7591 Fern Avenue, Suite 1902
Shreveport, Louisiana 71105
(318) 670-8018 phone
(318) 828-1800 fax
dhu@dhuthompsonlaw.com

ATTORNEY FOR TAMERICK GILYARD

**SERVICE INFORMATION:**

**\*\*\*CLERK: PLEASE WITHHOLD SERVICE AT THIS TIME\*\*\***

1. **CHIPOTLE MEXICAN GRILL, INC.**
   Through its Registered Agent for Service of Process:
   National Registered Agents, Inc.
   3867 Plaza Tower Drive
   Baton Rouge, LA 70816